[No. 11834–3–II.   Division Two.   January 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00120–4, Grant S. Meiner, J., entered March 4, 1988. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9223–2–III.   Division Three.   January 18, 1990.]

DAVID E. HENRICHS, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–2–01906–8, George T. Shields, J., entered March 29, 1988. *Remanded* by unpublished opinion per Thompson, C.J., concurred in by Green, J., and Faris, J. Pro Tem.

[No. 22319–4–I.   Division One.   January 22, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM SCOTT STAHLMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04822–1, Steven G. Scott, J., entered May 18, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Scholfield and Forrest, JJ.